AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   07cr10206-WGY |
| TIMOTHY FOSS | ) | |
| | ) | |
| _Defendant_ | ) | |

*[stamp, right side: 2019 MAY 13  P 3:41  U.S. MARSHALS SERVICE  BOSTON, MA  RECEIVED]*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Timothy Foss                                                  ,

who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment          ◻ Superseding Indictment     ◻ Information     ◻ Superseding Information     ◻ Complaint
◻ Probation Violation Petition     ☑ Supervised Release Violation Petition     ◻ Violation Notice     ◻ Order of the Court

This offense is briefly described as follows:

Violation(s) of Condition(s) of Supervised Release

*[stamp left side: FILED IN CLERKS OFFICE  2019 MAY 31  PM 5  U.S. DISTRICT COURT  DISTRICT MASS.]*

*[court seal: UNITED STATES DISTRICT COURT  DISTRICT OF MASSACHUSETTS]*

Date:   05/13/2019                                                   _Marl A. Paine_
                                                                          *Issuing officer's signature*

City and state:     Boston, Massachusetts                    Matthew A. Paine - Deputy Clerk
                                                                          *Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |

WARRANT EXECUTED BY USMS                        _____
BY ARREST/ARRAIGNMENT OF THE                  *Arresting officer's signature*
DEFENDANT ON   5/31/2019
                                                                          _____
                                                                          *Printed name and title*